

# NUMBER 13-25-00486-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

LEONARDO ESQUIVEL,                                                          Appellant,

v.

KEPPEL AMFELS, INC.,                                                          Appellee.

## ON APPEAL FROM THE 445TH DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Silva, Cron, and Fonseca**
**Memorandum Opinion by Justice Fonseca**

This cause is before the Court on its own motion. On October 3, 2025, appellant attempted to perfect an appeal from a final judgment entered in trial court cause number 2023-DCL-02325 on July 22, 2025. On October 15, 2025, the Clerk of the Court notified appellant that it appeared the notice of appeal was not timely filed. Appellant has failed to respond to the notice or otherwise establish that the notice of appeal was timely filed.

Upon review of the clerk's record, it appears appellant filed a motion to reconsider with the trial court on August 22, 2025; however, that motion was untimely. Therefore, appellant's notice of appeal was due to be filed on August 21, 2025. *See* TEX. R. APP. P. 26.1. We are to construe the rules of appellate procedure reasonably and liberally so that the right to appeal is not lost by imposing requirements not absolutely necessary to effectuate the purpose of a rule. *See Verburgt v. Dorner*, 959 S.W.2d 615, 616–17 (Tex. 1997). Nevertheless, we are prohibited from enlarging the scope of our jurisdiction by enlarging the time for perfecting an appeal in a civil case in a manner not provided for by rule. *See* TEX. R. APP. P. 2; *In re T.W.*, 89 S.W.3d 641, 642 (Tex. App.—Amarillo 2002, no pet.).

Appellant's notice of appeal was untimely; therefore, we lack jurisdiction over the appeal. Accordingly, we dismiss the appeal for want of jurisdiction.

YSMAEL D. FONSECA
Justice

Delivered and filed on the
11th day of December, 2025.

2